UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY THONG,<br><br>       Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a public entity; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.:  2:14-cv-05107-JEM<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL |

   The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED in its entirety with prejudice and without an award of costs or fees to any party.

Date: January 21, 2015

_____
Hon. John E. McDermott
Magistrate Judge of the U.S.
District Court